IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **********************************<br>JAMES HAIDAK,<br><br>    Plaintiff<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS<br>AT AMHERST; ENKU GELAYE,<br>Individually and in her official capacity<br>as Dean of Students and Acting Vice<br>Chancellor of Student Affairs and<br>Campus Life of the University of<br>Massachusetts at Amherst; and DAVID<br>C. VAILLANCOURT, Individually and<br>in his official capacity as Senior Associate<br>Dean of Students of the University of<br>Massachusetts at Amherst; and<br>ALLISON BERGER, Individually and in<br>her official capacity as Associate Dean of<br>Students of the University of<br>Massachusetts at Amherst<br><br>    Defendants<br>************************************ | CIVIL ACTION NO. 14CV30049 |

## EMERGENCY MOTION FOR INJUNCTIVE RELIEF

Plaintiff, by his attorneys, moves this Honorable Court for an order, pursuant to Fed. R. Civ. P. Rule 65, restraining and enjoining defendants, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from continuing the expulsion that was imposed against Plaintiff on December 3, 2013, or imposing any other "interim restriction," pending disciplinary proceedings. Unless this motion is granted, Plaintiff will suffer immediate and irreparable injury, loss, and

damage. The Court is referred to the Memorandum of Law in Support of this Motion, filed herewith, for further reasons and argument in support of this Motion.

* * * * *

REQUEST FOR ORAL ARGUMENT

Plaintiff respectfully requests a hearing on this motion.

THE PLAINTIFF

By: \_\_\_\_/s/ Luke Ryan_____
LUKE RYAN, BBO# 664999
SASSON, TURNBULL, RYAN & HOOSE
100 Main Street, 3rd Floor
Northampton, MA 01060
(413) 586-4800
(413) 582-6419 [FAX]

/s/ Bonnie G. Allen
BONNIE G. ALLEN  BBO #563995
39 Main Street, Suite 8
Northampton, MA  01060
(413) 584-3515
(413) 586-7076 [FAX]

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Emergency Motion for Injunctive Relief, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy was sent by e-mail to Attorney Jean Kelley at jkelley@umassp.edu on March 18, 2014.

/s/ Luke Ryan
Luke Ryan