UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES HAIDAK, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNIVERSITY OF MASSACHUSETTS )<br>AT AMHERST; ENKU GELAYE, DAVID C. )<br>VAILLANCOURT, and ALLISON BERGER, )<br>    Defendants )<br>) | CIVIL ACTION NO. 14CV30049 |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED VERIFIED COMPLAINT PURSUANT TO Fed. R. Civ. P. 12(b)(6)**

This action was brought by Plaintiff James Haidak, who alleges that he was not provided with sufficient process when the University of Massachusetts Amherst ("UMass") imposed a sanction of expulsion upon him after a Hearing Board had determined that he had assaulted a fellow student and had failed to observe 2 orders issued by the university to have no contact with that student. Plaintiff has now filed an Amended Verified Complaint in this matter, brought in two counts: Count One against the individual Defendants for a violation of the Fourteenth Amendment, pursuant to 42 U.S.C. § 1983; and Count Two against the university for violation of 20 U.S.C. Section 1681. He further seeks an injunction enjoining the continued imposition of the expulsion.

Now come the Defendants University of Massachusetts, Enku Gelaye, David C. Vaillancourt, and Allison Berger, ("Defendants") and hereby move that Plaintiff's Amended Verified Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

In support of their Motion, Defendants rely upon the following:

Ex. 1 – Affidavit of Allison Berger, former Senior Associate Dean of Students, with attached Ex. A-D;

Ex. 2 – Affidavit of Patricia Cardoso, Assistant Dean of Students, with attached Ex. A-D;

Ex. 3 – Affidavit of David Vaillancourt, Associate Dean of Students, with attached Ex. A-F;

Ex. 4-- Affidavit of Enku Gelaye, Vice Chancellor for Student Affairs and Campus Life, with attached Ex. A;

Ex. 5 – Affidavit of Jean M. Kelley, with attached Ex. A;

Ex. 6 – 2d Affidavit of Allison Berger;

Ex. 7 – 2d Affidavit of Patricia Cardoso.

The basis for Defendants' Motion is as follows:

I. COUNT I SHOULD BE DISMISSED AS TO THE INDIVIDUAL DEFENDANTS BECAUSE PLAINTIFF WAS PROVIDED WITH PROPER NOTICE AND A FULL HEARING AND OPPORTUNITY TO RESPOND, EXPLAIN, AND DEFEND; AND, AS A MATTER OF LAW, THE PROCESS WAS APPROPRIATE AND SUFFICIENT UNDER THE CONSTITUTION.

II. COUNT II SHOULD BE DISMISSED BECAUSE AS A MATTER OF LAW, PLAINTIFF'S ALLEGATIONS DO NOT SUPPORT A CLAIM UNDER 20 U.S.C. SECTION 1681.

III. ALL CLAIMS FOR INJUNCTIVE RELIEF AGAINST THE INDIVIDUAL DEFENDANTS SHOULD BE DISMISSED BECAUSE THEY ARE NOT PROPER PARTIES AGAINST WHOM SUCH RELIEF MAY BE SOUGHT.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Jean Marie Kelley, counsel for the Defendants, hereby certify that on April 15, 2014, I contacted the Plaintiff attorney Luke Ryan by e-mail and provided him with a draft version of Defendants' Motion to Dismiss and Memorandum in Support and asked whether, under Local Rule 7.1 we could narrow the issues in the case. He responded by e-mail on April 16, 2014, stating that he had just filed with the court an Amended Complaint; and the Amended Complaint narrowed the issues by making inapplicable 4 of the grounds set out in Defendants' draft Motion

to Dismiss.[1]  Defendants have now focused their Motion to Dismiss only on the remaining grounds.

/s/ Jean Marie Kelley

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this court order that Plaintiff's Amended Verified Complaint be dismissed as against the Defendants pursuant to Fed. R. Civ. P. 12(b)(6).

## REQUEST FOR ORAL ARGUMENT

Respectfully submitted,
DEFENDANTS,
By their attorneys,

_/s/_ Jean Marie Kelley
Jean Marie Kelley, Esq.,
BBO#: 265540
Senior Litigation Counsel
University of Massachusetts
333 South Street - 4th Floor
Shrewsbury, MA 01545
Tel.: 774-455-7303
Fax: 774-455-7310
jkelley@umassp.edu

---

[1] The original Complaint had asserted additional claims which have been removed from the Amended Complaint: monetary claims against UMass and the individual Defendants in their official capacities, which were barred by the 11th Amendment; claims against those Defendants for violation of the Fourteenth Amendment, pursuant to 42 U.S.C. § 1983, where they are not "persons" subject to suit for monetary damages under 42 U.S.C. § 1983; and breach of contract claims against the university, which were barred by the 11th Amendment.

3

4

## CERTIFICATE OF SERVICE

I, Jean Marie Kelley, counsel for the Defendants , hereby certify that this Motion to Dismiss Amended Verified Complaint, 7.1 Certification, and Certificate of Service filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_/s/_ *Jean Marie Kelley*_____
Jean Marie Kelley