DENIED. The merits appear to be in equipoise and, based on the parties' recent submission, the record lacks an adequate showing of irreparable harm. So ordered. /s/ Michael A. Ponsor, USDJ 5-27-14

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************
                             *
JAMES HAIDAK,                *
                             *
         Plaintiff           *
                             *
v.                           *
                             *     CIVIL ACTION NO. 14CV30049
UNIVERSITY OF MASSACHUSETTS  *
AT AMHERST; ENKU GELAYE,     *
Individually and in her official capacity *
as Dean of Students and Acting Vice *
Chancellor of Student Affairs and *
Campus Life of the University of *
Massachusetts at Amherst; and DAVID *
C. VAILLANCOURT, Individually and *
in his official capacity as Senior Associate *
Dean of Students of the University of *
Massachusetts at Amherst; and *
ALLISON BERGER, Individually and in *
her official capacity as Associate Dean of *
Students of the University of *
Massachusetts at Amherst *
                             *
         Defendants          *
*****************************
```

### EMERGENCY MOTION FOR INJUNCTIVE RELIEF

Plaintiff, by his attorneys, moves this Honorable Court for an order, pursuant to Fed. R. Civ. P. Rule 65, restraining and enjoining defendants, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from continuing the expulsion that was imposed against Plaintiff on December 3, 2013, or imposing any other "interim restriction," pending disciplinary proceedings. Unless this motion is granted, Plaintiff will suffer immediate and irreparable injury, loss, and

1