UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES HAIDAK,<br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS<br>AT AMHERST; ENKU GELAYE,<br>DAVID C. VAILLANCOURT,<br>ALLISON BERGER, and PATRICIA CARDOSO<br>    Defendants | **CIVIL ACTION NO.**<br>**14CV30049** |

**STATEMENT OF DEEFNDANT, UNIVERSITY OF MASSACHUSETTS AMHERST, REGARDING COMPUTER SEARCH FOR CAMPUS ASSAULT MATTERS**

Now come the Defendants University of Massachusetts, Enku Gelaye, David C. Vaillancourt, Allison Berger, and Patricia Cardoso (" Defendants") and hereby respond to the court's inquiry regarding the nature and scope of computerized searches regarding campus assaults as follows:

The parties appeared in court on November 9, 2015 for oral argument on Plaintiff's Motion to Compel.  At that time the court continued hearing on the Motion until November 23 and further requested that the Defendants provide further clarification on what information could be determined through a computerized search with regard to campus discipline matters arising out of assaults.  As indicated previously, in 2011, the campus had put into effect a computerized system which would permit at least a preliminary search for discipline matters arising at the campus.

After further consultation with the campus, counsel is advised that the campus is able to conduct a search for discipline matters arising from physical assault beginning with

the academic year July 1, 2011 to June 30, 2012.  The information which can be determined through such a search includes the nature of the charge, the name of the charged student, the outcome of the case, and the sanction applied.  It does not include the name of the person bringing the charge, although that could be determined through a review of the underlying file materials.

Defendants note, however, that the definition of "physical assault" has changed over the time period since 2011.  For academic years 2011-2012 and 2012-2013 (Effective Date: July 1, 2011), the definition was broader and included putting someone in fear for his or her physical safety, whether or not an actual injury occurred:

> II.B.1- Physical Assault
> Physical assault, which includes but is not limited to physical attack upon or physical interference with a person which prevents the person from conducting his or her customary or usual affairs, puts the person in fear for his or her physical safety, or causes the person to suffer actual physical injury including but not limited to hitting, kicking, spitting, or biting.

However, effective July 1, 2013, the definition changed and was narrowed such that the charge required an actual injury:

> V.B.1a - Physical Assault
> Physical Assault includes physical attack upon or physical interference with a person that causes that person to suffer actual physical injury.

In running a preliminary search for academic years beginning July 1, 2011 and ending June 30, 2015, the search captured 214 cases where "physical assault" was charged.

Respectfully submitted,
UNIVERSITY OF MASSACHUSETTS AMHERST
By its attorneys,


 */s/ Jean Marie Kelley*
_____
Jean Marie Kelley, Esq., BBO#: 265540
Associate Counsel
University of Massachusetts
333 South Street - 4th Floor
Shrewsbury, MA 01545
Tel.: 774-455-7303
Fax:  774-455-7310
Jkelley@umassp.edu


## CERTIFICATE OF SERVICE

I, Jean Marie Kelley, counsel for the Defendants , hereby certify that this Statement and Certificate of Service filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 */s/ Jean Marie Kelley*
Jean Marie Kelley