UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JAMES HAIDAK,                      )
            Plaintiff,             )
       v.                          ) Civil Action
                                   ) No. 3:14-cv-30049-MAP
UNIVERSITY OF MASSACHUSETTS        )
AT AMHERST, et al.,                )
            Defendants.            )
```

ORDER OF DISMISSAL

March 9, 2018

PONSOR, D.J.

Pursuant to the court's memorandum and order of this date granting the defendant's motion for summary judgment, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Michael A. Ponsor\_\_\_\_
U.S. District Court Judge